AKRON BAR ASSOCIATION *v.* WILLIAMS.

[Cite as *Akron Bar Assn. v. Williams* (1996), 77 Ohio St.3d 163.]

(No. 96–1468—Submitted September 10, 1996—Decided December 18, 1996.)

*R. David Briggs* and *James L. Wagner*, for relator.

*Brian J. Williams, pro se.*

*Per Curiam.* The respondent attorney has admitted to neglect of duty owed to his client by failing in a timely manner to respond to a court order, pay the filing fee, and file the required notice of appeal and appellant's brief. We adopt the findings and recommendation of the board. Respondent is hereby publicly reprimanded. Costs are taxed to respondent.

*Judgment accordingly.*

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and STRATTON, JJ., concur.